UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

AIRBUS GROUP SE,                                      :
                                                      :
                    Petitioner,                       :
                                                      :        16cv8196
          -against-                                   :
                                                      :        ORDER
TIM DOMBROWSKI, AND AV EQUITY                         :
PARTNERS I, LLC,                                      :
                                                      :
                    Respondents.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, District Judge:

          It having been reported to this Court that this action has been or will be settled,

this action is discontinued without costs to any party, and without prejudice to reopening this

action if such an application is made within thirty (30) days of this Order.

          Any application to reopen must be filed within thirty (30) days of this Order, and

any application to reopen filed thereafter may be denied solely on that basis.  Further, if the

parties wish for this Court to retain jurisdiction for the purposes of enforcing any settlement, they

must submit the settlement agreement to this Court within the same thirty-day period to be "so

ordered" by the Court.  All conferences in this action are hereby vacated.

          The Clerk of Court is directed to terminate all pending motions, mark this case as

closed, and mail a copy of this Order to any parties proceeding pro se.

Dated: January 17, 2017
       New York, New York                        SO ORDERED:

                                                 _____
                                                 WILLIAM H. PAULEY III
                                                 U.S.D.J.